CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAR 1 9 2015**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| COSTELLO CONSTRUCTION CO. OF MARYLAND, INC., | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 3:14-CV-00034 |
| v. | ) ) | **ORDER** |
| CITY OF CHARLOTTESVILLE, | ) ) ) | By: Hon. Glen E. Conrad Chief United States District Judge |
| Defendant. | ) ) | |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the City's motion to dismiss, Docket No. 6, is **DENIED**. The Clerk is directed to send

certified copies of this order and the accompanying memorandum opinion to all counsel of

record.

ENTER: This ___19th___ day of March, 2015.

_____
Chief United States District Judge