CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 9 2015

JULIA C. DUDLEY, CLERK
BY: 
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| COSTELLO CONSTRUCTION CO. OF MARYLAND, INC., | ) ) ) | Civil Action No. 3:14-CV-00034 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| | ) ) | By: Hon. Glen E. Conrad |
| CITY OF CHARLOTTESVILLE, | ) ) | Chief United States District Judge |
| Defendant. | ) ) | |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the City's motion to dismiss, Docket No. 6, is **DENIED**. The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 19th day of March, 2015.

/s/ Glen Conrad
Chief United States District Judge